UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Cha,

-v.-

09 Civ. 1120 (RWS)

Imaginesion

------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/28/09

Please be advised that the conference scheduled for Oct 28, 09 has been rescheduled to Dec 2, 09 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
10/28/09

_____
ROBERT W. SWEET
United States District Judge